**Werner C. Vollrath, appellee, v. Joseph Bordenkecher, appellant. Gen. No. 8,869½.**

Heard in this court at the January term, 1935. Opinion filed April 12, 1935. Rehearing denied July 8, 1935.

Frank K. Lemon, for appellant. Wirt Herrick, for appellee.

Mr. Presiding Justice Fulton delivered the opinion of the court.

**Frank B. Harrison, appellant, v. The First Christian Church of Hamilton et al., appellees. Gen. No. 8,879.**

Heard in this court at the January term, 1935. Opinion filed April 12, 1935. Rehearing denied July 8, 1935.

Mack & Mack, E. W. McManus and Ina M. R. Campbell, for appellant. O'Harra, O'Harra & Roeth, for adult appellees. Edward S. Martin, guardian *ad litem*.

Mr. Presiding Justice Fulton delivered the opinion of the court.

**Arch M. Ryan, appellee, v. The Baltimore and Ohio Railroad Company, appellant. Gen. No. 8,883.**

Heard in this court at the January term, 1935. Opinion filed April 12, 1935.

Charles W. Firke, for appellant. N. E. Hutson, for appellee.

Mr. Presiding Justice Fulton delivered the opinion of the court.

**Mary Ann Adams, appellant, v. William L. Patton, appellee. Gen. No. 8,888.**

Heard in this court at the January term, 1935. Opinion filed April 12, 1935.

Ed. D. Henry, for appellant. William L. Patton, *pro se*.

Mr. Presiding Justice Fulton delivered the opinion of the court.